**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:21-cv-00363-MOC**

| | | |
|---|---|---|
| **VINTORY W. REID** | ) | |
| | ) | |
| ) | | |
| | ) | |
| **APPELLANT,** | ) | **NOTICE OF MOTION FOR** |
| | ) | **DISMISSAL OF APPEAL** |
| **Vs.** | ) | |
| | ) | |
| **Y2 YOGA COSTWOLD, LLC** | ) | |
| | ) | |
| **Appellee.** | ) | |
| | ) | |
| **TRUSTEE** | ) | |
|   **A. Burton Shuford** | ) | |

Appellant Vinroy W. Reid (hereinafter "Appellant"), pursuant to Federal Rules of Appellate Procedure 42(b) moves to dismiss this Appeal without prejudice.

1. Appellant no longer desires to prosecute this appeal at this time as Appellant believes the order that is the subject of this appeal is interlocutory and requests that this Honorable Court Dismiss this Appeal without prejudice.

2. The undersigned Counsel avers that this matter has been docketed with the District Court.

3. The Appellant avers that in the interest of justice and judicial economy this appeal should be dismissed without prejudice.

EXECUTED ON: March 22, 2022

s/Robert Lewis, Jr.
Robert Lewis, Jr.
THE LEWIS LAW FIRM, P.A.
PO BOX 1446
Raleigh, North Carolina 27602
(919) 987-2240 (phone)
(919) 573-9161 (Facsimile)
N.C. State Bar # 35806

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that the attached **NOTICE OF MOTION FOR DISMISSAL OF APPEAL** was served upon the following parties by Electronic Court Filing (ECF) and mailing a copy of the same by first-class postage prepaid mail addressed as follows:

Shelley K. Abel
Bankruptcy Administrator  (via ECF)
402 West Trade Street
Suite 200
Charlotte, NC 27601
Tel: 704-3507590
Fax: 704-344-6666

A.  Burton Shuford (via ECF)
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
Tel:  (980) 321-7005
Fax: (704) 943-1152

James H. Henderson (via ECF)
Attorney for Y2 Yoga Cotswold, LLC
1120 Greenwood Cliff
Charlotte, NC 28204
Tel:  (704) 333.4444
Fax: (704) 333.5003

Vinroy W. Reid (via U.S. Mail)
P.O. Box 5035
Charlotte, North Carolina 28229

EXECUTED ON: March 22, 2022

                THE LEWIS LAW FIRM, P.A.
                <u>s/Robert Lewis, Jr.</u>
                ROBERT LEWIS, JR.
                PO BOX 1446
                Raleigh, North Carolina 27602
                (919) 987-2240 (phone)
                (919) 573-9161 (Facsimile)
                N.C. State Bar # 35806