UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cv-00363-MOC

| | |
|---|---|
| VINTORY W. REID | ) |
| | ) |
| | ) |
| APPELLANT, | ) ORDER GRANTING |
| | ) NOTICE OF MOTION FOR |
| Vs. | ) DISMISSAL OF APPEAL |
| | ) (WITHOUT PREJUDICE) |
| Y2 YOGA COSTWOLD, LLC | ) |
| | ) |
| Appellee. | ) |
| | ) |
| TRUSTEE | ) |
| A. Burton Shuford | ) |

**THIS MATTER** is before the Court on Appellant's Notice of Motion for Dismissal and for the reasons set forth therein, the Motion will be <u>granted</u>.

DATE:_____

_____
DISTRICT COURT JUDGE